| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | HENRY C. WANG (CA Bar No. 196537) |
| 2 | S. NANCY WHANG (CA Bar No. 211389) |
| | 11355 West Olympic Boulevard |
| 3 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 4 | Facsimile: (310) 312-4224 |
| 5 | *Attorneys for Defendants* |
| | ZURICH LIFE INSURANCE COMPANY OF AMERICA, FEDERAL |
| 6 | KEMPER LIFE ASSURANCE COMPANY, and FIDELITY LIFE |
| | ASSOCIATION |
| 7 | |
| | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 8 | ANDREW S. FRIEDMAN |
| | 2901 N. Central, Suit 1000 |
| 9 | Phoenix, Arizona 85012 |
| | Telephone: (602) 274-1100 |
| 10 | Facsimile: (602) 274-1199 |
| 11 | COHEN & PAIK, LLP |
| | Dean D. Paik (CA Bar No. 126920) |
| 12 | 177 Post Street, Suite 600 |
| | San Francisco, California 94108 |
| 13 | Telephone: (415) 398-3900 |
| | Facsimile: (415) 398-7500 |
| 14 | |
| | *Attorneys for Plaintiffs* |
| 15 | MICHELLE MEEK, KATHERINE WEBB and |
| | MICHAEL SEMLER |
| 16 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | MICHELLE MEEK and KATHERINE WEBB, on behalf of themselves, all other similarly situated California residents and the general public, and MICHAEL SEMLER, on behalf of the general public, | Case No. C-05-02189 JSW |
| 21 | | **STIPULATION FOR DISMISSAL OF DEFENDANT FIDELITY LIFE ASSOCIATION WITHOUT PREJUDICE AND ORDER THEREON** |
| 22 | | |
| 23 | Plaintiffs, | [Fed. R. Civ. Pro. 41(a).] |
| 24 | vs. | |
| 25 | ZURICH LIFE INSURANCE COMPANY OF AMERICA, FEDERAL KEMPER LIFE ASSURANCE COMPANY, FIDELITY LIFE ASSOCIATION, and Does 1-100, | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER
Case No.: C-05-02189 JSW

1  IT IS HEREBY STIPULATED by and between defendants Zurich Life Insurance
2  Company Of America, Federal Kemper Life Assurance Company, and Fidelity Life Association,
3  on the one hand, and plaintiffs Michelle Meek, Katherine Webb and Michael Semler, on the other
4  hand, by and through their respective attorneys of record, Manatt, Phelps & Phillips, LLP and
5  Bonnett, Fairbourn, Friedman & Balint, P.C., and Cohen and Paik, that the above-entitled action
6  be dismissed without prejudice as against Fidelity Life Association, with each party to bear its,
7  his, and her own attorneys' fees and costs.
8  IT IS SO STIPULATED.

10 DATED: August 1, 2005       MANATT, PHELPS & PHILLIPS, LLP
                               HENRY C. WANG
11                             S. NANCY WHANG

13                              /s/ Henry C. Wang
                               Henry C. Wang
14                             *Attorneys for Defendant*
                               ZURICH LIFE INSURANCE COMPANY OF
15                             AMERICA, FEDERAL KEMPER LIFE
                               ASSURANCE COMPANY, and FIDELITY LIFE
16                             ASSOCIATION

18 Date: August 1, 2005        COHEN & PAIK, LLP

19                             By:  s/ Dean D. Paik
                                  Dean D. Paik, Esq.
20                                *Attorneys for Plaintiffs*
                                  MICHELLE MEEK, KATHERINE WEBB and
21                                MICHAEL SEMLER

22 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Henry C. Wang hereby attests that concurrence in the filing of this document has been obtained.*

### **ORDER**

IT IS SO ORDERED.

DATED: August 2, 2005          /s/ Jeffrey S. White
                               The Honorable Jeffrey S. White
                               United States District Court Judge