MANATT, PHELPS & PHILLIPS, LLP
HENRY C. WANG (CA Bar No. 196537)
S. NANCY WHANG (CA Bar No. 211389)
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
ZURICH LIFE INSURANCE COMPANY OF AMERICA, and
FEDERAL KEMPER LIFE ASSURANCE COMPANY

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
ANDREW S. FRIEDMAN
2901 N. Central, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

COHEN & PAIK, LLP
DEAN D. PAIK (CA Bar No. 126920)
177 Post Street, Suite 600
San Francisco, California 94108
Telephone: (415) 398-3900
Facsimile: (415) 398-7500

*Attorneys for Plaintiffs*
MICHELLE MEEK, KATHERINE WEBB and
MICHAEL SEMLER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MEEK and KATHERINE WEBB, on behalf of themselves, all other similarly situated California residents and the general public, and MICHAEL SEMLER, on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH LIFE INSURANCE COMPANY OF AMERICA, FEDERAL KEMPER LIFE ASSURANCE COMPANY, and Does 1-100,<br><br>Defendants. | Case No. C-05-02189 JSW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON |

STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE CASE MGMT CONFERENCE
Case No. C 05-02189 JSW

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiffs Michelle Meek, Katherine Webb, and Michael Semler ("Plaintiffs") and defendants Zurich Life Insurance Company Of America, and Federal Kemper Life Assurance Company ("Defendants," collectively, the "Parties"), by and through their undersigned counsel of record herein, that the Case Management Conference currently scheduled for September 23, 2005 at 1:30 p.m. be continued to October 28, 2005 at 1:30 p.m. or as soon thereafter as it may be held, and that the Joint Case Management Conference Statement and Proposed Order be filed no later than October 21, 2005, or five (5) court days prior to the continued Case Management Conference date, whichever is later.

The Stipulation is premised on the following considerations:

1. On May 27, 2005, Defendants removed the instant case to this Court from the California Superior Court for the County of San Francisco.

2. Soon thereafter, the Parties began engaging in settlement discussions.

3. In an effort to further settlement discussions and save judicial resources, the Parties filed a Stipulation to Extend Further Time to allow Defendants until September 19, 2005 to respond to the First Amended Complaint.

4. The Parties believe they will be able to settle this matter and expect to have a settlement agreement resolving the matter within the next 30 days.

5. The Case Management Conference is currently scheduled for September 23, 2005 at 1:30 p.m.

6. In anticipation of the Scheduling Conference, the Parties are required to file a Joint Case Management Statement no later than five (5) court days prior to the conference.

7. In the interest of utilizing settlement opportunities and conserving judicial resources, *good cause* exists:

    a. To extend the time for Defendants to respond to Plaintiffs' First Amended Complaint until October 19, 2005.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

40924231.2

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MGMT CONFERENCE
Case No. C 05-02189 JSW

1         b.     To continue the Case Management Conference from September 23, 2005 at 1:30 p.m. to October 28, 2005 at 1:30 p.m. in Courtroom 2, 17th Floor, or as soon thereafter as may be held.

        c.     For the Joint Case Management Statement and Proposed Order be filed no later than October 21, 2005, or five (5) court days prior the continued Case Management Conference date, whichever is later.

Date: September 20, 2005         COHEN & PAIK, LLP

By: /s/ Dean D. Paik, Esq.
    Dean D. Paik, Esq.
    *Attorneys for Plaintiffs*
    MICHELLE MEEK, KATHERINE WEBB and MICHAEL SEMLER

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, S. Nancy Whang hereby attests that concurrence in the filing of this document has been obtained.*

Date: September 20, 2005         MANATT, PHELPS & PHILLIPS, LLP

By: /s/ S. Nancy Whang, Esq.
    S. Nancy Whang, Esq.
    *Attorneys for Defendants*
    ZURICH LIFE INSURANCE COMPANY OF AMERICA, and FEDERAL KEMPER LIFE ASSURANCE COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Defendants' time to respond to Plaintiffs' First Amended Complaint is extended to October 19, 2005, the Joint Case Management Conference must be filed no later than October 21, 2005, or five (5) court days prior to the continued Case Management Conference date, whichever is later, and that the Scheduling Conference currently scheduled for September 23, 2005 at 1:30 p.m. in Courtroom 2, 17th Floor is continued to October 28, 2005 at 1:30 .m. in Courtroom 2, 17th Floor.

DATED: September 20, 2005

_____
The Honorable Jeffrey S. White
United States District Court Judge

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

40924231.2

4

STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE CASE MGMT CONFERENCE
Case No. C 05-02189 JSW