|   |   |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | HENRY C. WANG (CA Bar No. 196537)<br>S. NANCY WHANG (CA Bar No. 211389) |
| 3 | 11355 West Olympic Boulevard<br>Los Angeles, CA 90064-1614 |
| 4 | Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224 |
| 5 | *Attorneys for Defendants* |
| 6 | ZURICH LIFE INSURANCE COMPANY OF AMERICA, and<br>FEDERAL KEMPER LIFE ASSURANCE COMPANY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MEEK and KATHERINE WEBB, on behalf of themselves, all other similarly situated California residents and the general public, and MICHAEL SEMLER, on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH LIFE INSURANCE COMPANY OF AMERICA, FEDERAL KEMPER LIFE ASSURANCE COMPANY, FIDELITY LIFE ASSOCIATION, and Does 1-100,<br><br>Defendants. | Case No. C-05-02189 JSW<br><br>STIPULATION FOR PARTIAL DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON<br><br>[Fed. R. Civ. Pro. 41(a)] |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE THAT IT IS HEREBY STIPULATED by and between defendants Zurich Life Insurance Company of America and Federal Kemper Life Assurance Company on the one hand, and plaintiffs Michelle Meek and Katherine Webb (collectively, "Plaintiffs") on the other hand, by and through their attorneys of record, Manatt, Phelps & Phillips, LLP, Bonnett, Fairbouorn, Friedman & Balint, P.C. and Cohen & Paik, LLP, respectively, stipulate that Plaintiffs' claims, causes of action, and allegations as stated in the above-entitled action shall be dismissed with prejudice, with each party to bear its own attorneys'

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. C-05-02189 JSW
STIPULATION FOR DISMISSAL

fees and costs.

This stipulation shall not impact or affect plaintiff Michael Semler's claims, causes of action, and allegations as stated in the above-entitled action.

IT IS SO STIPULATED.

Dated: October 18, 2005        MANATT, PHELPS & PHILLIPS, LLP
                               HENRY C. WANG
                               S. NANCY WHANG


                               By: /s/ Henry C. Wang
                                       Henry C. Wang
                               *Attorneys for Defendants*
                               ZURICH LIFE INSURANCE COMPANY OF
                               AMERICA, FEDERAL KEMPER LIFE ASSURANCE
                               COMPANY

Dated: October 18, 2005        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
                               ANDREW C. FRIEDMAN


                               By: /s/ Andrew S. Friedman
                                       Andrew S. Friedman
                               *Attorneys for Plaintiffs*
                               MICHELLE MEEK and KATHERINE WEBB

Dated: October 18, 2005        COHEN & PAIK, LLP
                               DEAN D. PAIK


                               By: /s/ Dean D. Paik
                                       Dean D. Paik
                               *Attorneys for Plaintiffs*
                               MICHELLE MEEK and KATHERINE WEBB

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Henry C. Wang hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Dated: __October 19__, 2005    _____
                               The Honorable Jeffrey S. White
                               United States District Court Judge