MANATT, PHELPS & PHILLIPS, LLP
HENRY C. WANG (CA Bar No. 196537)
S. NANCY WHANG (CA Bar No. 211389)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
ZURICH LIFE INSURANCE COMPANY OF AMERICA, and
FEDERAL KEMPER LIFE ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MEEK and KATHERINE WEBB, on behalf of themselves, all other similarly situated California residents and the general public, and MICHAEL SEMLER, on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH LIFE INSURANCE COMPANY OF AMERICA, FEDERAL KEMPER LIFE ASSURANCE COMPANY, FIDELITY LIFE ASSOCIATION, and Does 1-100,<br><br>Defendants. | Case No. C-05-02189 JSW<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON<br><br>[Fed. R. Civ. Pro. 41(a)] |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL

Defendants Zurich Life Insurance Company of America and Federal Kemper Life Assurance Company (collectively, "Defendants") on the one hand, and plaintiff Michael Semler ("Semler") on the other hand, by and through their attorneys of record, Manatt, Phelps & Phillips, LLP, Bonnett, Fairbouorn, Friedman & Balint, P.C. and Cohen & Paik, LLP, hereby stipulate and agree as follows:

    a.    The entire action be dismissed with prejudice, with each party to bear its or his own attorneys' fees and costs;

    b.    Judgment be entered in favor of the Defendants; and

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION FOR DISMISSAL
C-05-02189 JSW

        c.    Semler waives his right to appeal any rulings or orders issued in this case.

Dated: November 8, 2005          MANATT, PHELPS & PHILLIPS, LLP
HENRY C. WANG
S. NANCY WHANG

By: /s/ Henry C. Wang
        Henry C. Wang
*Attorneys for Defendants*
ZURICH LIFE INSURANCE COMPANY OF AMERICA, FEDERAL KEMPER LIFE ASSURANCE COMPANY

Dated: November 8, 2005          BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
ANDREW C. FRIEDMAN

By: /s/ Andrew S. Friedman
        Andrew S. Friedman
*Attorneys for Plaintiffs*
MICHELLE MEEK and KATHERINE WEBB

Dated: November 8, 2005          COHEN & PAIK, LLP
DEAN D. PAIK

By: /s/ Dean D. Paik
        Dean D. Paik
*Attorneys for Plaintiffs*
MICHELLE MEEK and KATHERINE WEBB

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Henry C. Wang hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Dated: November 18, 2005          /s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Court Judge

40937300.4

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2          STIPULATION FOR DISMISSAL
C-05-02189 JSW